FILED
CLERK, U.S. DISTRICT COURT

Jan 13, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_PMC\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALLEN ANDREWS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Limited Liability Company; and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO. 5:16-cv-01611 SVW-(AJWx)<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL AS TO DEFENDANT NATIONSTAR MORTGAGE LLC<br><br>CTRM.: 10A<br>JUDGE: Hon. Stephen V. Wilson<br><br>ACTION FILED: July 12, 2016<br>TRIAL DATE: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

This matter came before the Court on the Motion of Defendant NATIONSTAR MORTGAGE LLC ("Nationstar") to Dismiss the First Amended Complaint filed by Plaintiff MARK ALLEN ANDREWS ("Plaintiff"). On January 3, 2017, the Court granted Nationstar's Motion to Dismiss the First Amended Complaint of Plaintiff, with prejudice.

**NOW, THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED**: that judgment is entered in favor of Nationstar and against Plaintiff; that Plaintiff shall take nothing by way of the First Amended Complaint in the above-captioned action Nationstar; and that this action is hereby dismissed with prejudice as to Nationstar.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Judgment of Dismissal with Prejudice is hereby entered in favor of Nationstar.

DATED this 13th day of January, 2017

BY THE COURT:

_____
Hon. Stephen V. Wilson
United States District Judge

2

[PROPOSED] JUDGMENT OF DISMISSAL AS TO DEFENDANT NATIONSTAR MORTGAGE LLC
P:\DOCS\Nationstar.Andrews (Refiler)\Pleadings\Prop.Judgment.docx